COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| MRC PERMIAN COMPANY, | § | |
| Appellant/Cross Appellee, | § | No. 08-19-00124-CV |
| v. | § | Appeal from the |
| POINT ENERGY PARTNERS PERMIAN LLC;; TJ BAR, LLC; TUBB | § | 143rd District Court |
| MEMORIAL, AN OREGON LIMITED PARTNERSHIP; PLAINSCAPITAL | § | of Loving County, Texas |
| BANK, TRUSTEE FOR THE DEBORAH JACKSON REVOCABLE TRUST; | § | (TC# 17-06-869) |
| BANK OF AMERICA, N.A., TRUSTEE FOR THE JANELLE JACKSON | § | |
| MARITAL TRUST PART M2, JANELLE JACKSON MARITAL TRUST PART | § | |
| M1, AND FAMILY CREDIT SHELTER TRUST PART B; VORTUS | § | |
| INVESTMENT ADVISORS, LLC; JOHN SABIA; and BRYAN MOODY, | § | |
| Appellees/Cross-Appellants. | § | |
| | § | |

## **J U D G M E N T**

The judgment of the Court issued March 15, 2021 is withdrawn, and the following is the

judgment of the Court.

The Court has considered this cause on the record and concludes the judgment of the trial

court should be affirmed in part and reversed and remanded in part. We reverse and remand the portion of the trial court's judgment concluding as a matter of law that Appellant's leases automatically terminated on May 22, 2017. We affirm the trial court's denial of Appellant's motion for summary judgment on the Appellees' counterclaim. We reverse the trial court's granting of the Appellees' motion for summary judgment on Appellant's repudiation defense. We affirm in part the trial court's ruling on Appellant's tortious interference claims to the extent that Appellant brought those claims against Appellee TJ Bar based on interference with Appellee TJ Bar's lease with Appellant. We do not rule on the portion of the trial court's ruling on Appellant's tortious interference claims to the extent that Appellant brought those claims against Holland Acquisitions, Inc., because the appeal as to that party has been severed into Cause No. 08-21-00065-CV, which is currently abated due to its bankruptcy filing. The remainder of the trial court's judgment on the tortious interference issue is reversed and remanded in accordance with this opinion.

We further order that Appellant, and its sureties, if any, *see* TEX. R. APP. P. 43.5, and Appellees each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2021.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J., concurring and dissenting